Susan Haak, Respondent, v. Buffalo, Rochester and Pittsburgh Railway Company, Appellant.— Order reversed, with ten dollars costs and dis-

bursements, and motion granted, with ten dollars costs. All concurred, except Kruse, P. J., who dissented; Foote, J., not sitting.